**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ESTEFAN ENTERPRISES, INC.,**

        **Plaintiff,**

-vs-                                                 Case No. 6:06-cv-742-Orl-31KRS

**COCO BONGO GRILL AND BAR, INC.,**

        **Defendant.**

_____

## ORDER AND AMENDED NOTICE OF HEARING

This matter comes before the Court on the Motion to Intervene (Doc. 92) filed by Roberto Noble ("Noble") and Marrero Enterprises of Palm Beach, Inc. ("Marrero Enterprises"). Noble and Marrero Enterprises contend that they recently learned that the Defendant in this case, Coco Bongo Grill and Bar, Inc., no longer intends to defend this trademark action and, as a result, they must intervene to protect their interest in a trademark similar to the ones at issue here. The final pre-trial conference in this case is scheduled for next Tuesday – prior to the deadline for the Plaintiff to respond to the motion to intervene. In consideration of the foregoing, it is hereby

**ORDERED** that the final pre-trial conference previously scheduled for July 3 is **RESCHEDULED** to Tuesday, July 10, 2007 at 2:30 p.m. This hearing will be held before the

Honorable Gregory A. Presnell in Courtroom No. 3, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida.  And it is further

**ORDERED** that both parties to this case shall file a response to the motion to intervene on or before noon on Thursday, July 5, 2007.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 27, 2007.

GREGORY A. PRESNELL<br>
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party